# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00085-CV

**Michael J. DeLitta; and DeLCom Properties, LLC, Appellants**

**v.**

**Nancy Schaefer, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-13-003516, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We previously abated this appeal so that the parties could negotiate the settlement of their dispute. The parties have now filed a joint motion to dismiss the appeal, explaining that they have reached a settlement agreement and that the trial court has signed a final judgment in accordance with their agreement. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1 (a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Joint Motion

Filed: June 10, 2016